| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 12/17/2021 |

SMART STUDY CO., LTD.,

*Plaintiff*

v.

&gt;TC TOY CITY STORE, ANKANG QINBA MANCHUANG TOYS INDUSTRY OPERATION MANAGEMENT CO., LTD., ANONYMITYCOSPLAY STORE, BEBETOY STORE, CABOBA OFFICIAL STORE, CHANGZHOU QIANSUE TECHNOLOGY CO., LTD., DONGGUAN NANSEN PLUSH TOYS CO., LTD., DONGGUAN XIANG SHENG HOUSEHOLD PRODUCTS CO., LTD., DONGYANG FEISIDA TRADE CO., LTD., FUNNY PAPA TOY STORE, FUZHOU AIXIANG TRADE CO., LTD., FUZHOU RUIQUYOU ELECTRONIC COMMERCE CO., LTD., GOMEET STORE, GOOD DROPSHIPPING SUPPLIER STORE, GUANGZHOU CHUMU BIOLOGICAL TECHNOLOGY CO., LTD., HANGZHOU XINGGE GIFTS CO., LTD., JIAYI PARTY & FESTIVAL COSTUME HUANGSHI CO., LTD., JJ TOY STORE, KTIP UP WIG STORE, LITTLE GUCK KIDS T-SHIRT SHOP STORE, NANTONG ALT FULL TEXTILE CO., LTD., -NAUGHTY BABY STORE, NINGBO HAMMY INTERNATIONAL TRADING CO., LTD., NITREESOURCE1981 STORE, OIMG TOY MODEL STORE, QUANZHOU GUANGHE MINGLIANG TRADING CO., LTD., QUANZHOU JINGLIMEI TRADING CO., LTD., QUANZHOU YOHO YOHO TRADING CO., LTD., SHANTOU HUAXING ADHESIVE PRODUCTS CO., LTD., SHANTOU MANTIANFEI BALLOON CO., LTD., SHENZHEN GUANGXINYING TECHNOLOGY CO., LTD., SHENZHEN TIANCHENXING TECHNOLOGY CO., LTD., SHENZHEN XIUWAI TECHNOLOGY CO., LTD., SHIJIAZHUANG SIZE E-COMMERCE CO., LTD., SHOP911047021 STORE, XIAMEN MAGNET FOREVER ELECTRONIC CO., LTD., XINXIANG PURUIGE IMPORT AND EXPORT TRADING CO., LTD., YANGZHOU MENGZHISHANG TOYS CO.,

CIVIL ACTION NO.
21-cv-9602 (MKV)

UNSEALING ORDER

LTD., YANGZHOU WEIHU HANDICRAFT CO., LTD., YIWU BONITA CLOTHING CO., LTD., YIWU CITY CARNIVAL COSTUME FACTORY, YIWU JIQI E-COMMERCE FIRM, YIWU KOYA GARMENT FACTORY, YIWU MINYAN IMPORT AND EXPORT CO., LTD., YIWU NEIXIU E-COMMERCE BUSINESS CO., LTD., YIWU QUANFA IMPORT & EXPORT COMPANY LIMITED, YIWU SEASON IMPORT AND EXPORT CO., LTD., YIWU SUNMAY IMPORT & EXPORT CO., LTD., YIWU XIQING IMPORT AND EXPORT CO., LTD., YIWU YIFAN GARMENTS CO., LTD., YIWU YIJIE TRADE CO., LTD., YIWU ZHIZHOU TRADE CO., LTD., YUANPAI (XIAMEN) COMMERCE AND TRADE CO., LTD., and ZIROU STORE,

*Defendants*

WHEREAS Plaintiff has advised the Court that all Defendants have been served with the Summons and Complaint in this case,

IT IS HEREBY ORDERED that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 17th day of December, 2021, at 1:00 p.m.
New York, New York

_____
HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE