USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2026

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Kelly Toys Holdings, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMART STUDY CO., LTD.,<br><br>*Plaintiff*<br><br>v.<br><br>>TC TOY CITY STORE, ANKANG QINBA MANCHUANG TOYS INDUSTRY OPERATION MANAGEMENT CO., LTD., ANONYMITYCOSPLAY STORE, BEBETOY STORE, CABOBA OFFICIAL STORE, CHANGZHOU QIANSUE TECHNOLOGY CO., LTD., DONGGUAN NANSEN PLUSH TOYS CO., LTD., DONGGUAN XIANG SHENG HOUSEHOLD PRODUCTS CO., LTD., DONGYANG FEISIDA TRADE CO., LTD., FUNNY PAPA TOY STORE, FUZHOU AIXIANG TRADE CO., LTD., FUZHOU RUIQUYOU ELECTRONIC COMMERCE CO., LTD., GOMEET STORE, GOOD DROPSHIPPING SUPPLIER STORE, GUANGZHOU CHUMU BIOLOGICAL TECHNOLOGY CO., LTD., HANGZHOU XINGGE GIFTS CO., LTD., JIAYI PARTY & FESTIVAL COSTUME HUANGSHI CO., LTD., JJ TOY STORE, KTIP UP WIG STORE, LITTLE GUCK KIDS T-SHIRT SHOP STORE, NANTONG ALT FULL TEXTILE CO., LTD., -NAUGHTY BABY STORE, NINGBO HAMMY INTERNATIONAL TRADING CO., LTD., NITREESOURCE1981 STORE, OIMG TOY MODEL STORE, QUANZHOU GUANGHE MINGLIANG | **CIVIL CASE NO.<br>21-cv-9602 (MKV)**<br><br>**[PROPOSED]<br>ORDER FOR<br>RETURN OF<br>SECURITY BOND** |

TRADING CO., LTD., QUANZHOU JINGLIMEI TRADING CO., LTD., QUANZHOU YOHO YOHO TRADING CO., LTD., SHANTOU HUAXING ADHESIVE PRODUCTS CO., LTD., SHANTOU MANTIANFEI BALLOON CO., LTD., SHENZHEN GUANGXINYING TECHNOLOGY CO., LTD., SHENZHEN TIANCHENXING TECHNOLOGY CO., LTD., SHENZHEN XIUWAI TECHNOLOGY CO., LTD., SHIJIAZHUANG SIZE E-COMMERCE CO., LTD., SHOP911047021 STORE, XIAMEN MAGNET FOREVER ELECTRONIC CO., LTD., XINXIANG PURUIGE IMPORT AND EXPORT TRADING CO., LTD., YANGZHOU MENGZHISHANG TOYS CO., LTD., YANGZHOU WEIHU HANDICRAFT CO., LTD., YIWU BONITA CLOTHING CO., LTD., YIWU CITY CARNIVAL COSTUME FACTORY, YIWU JIQI E-COMMERCE FIRM, YIWU KOYA GARMENT FACTORY, YIWU MINYAN IMPORT AND EXPORT CO., LTD., YIWU NEIXIU E-COMMERCE BUSINESS CO., LTD., YIWU QUANFA IMPORT & EXPORT COMPANY LIMITED, YIWU SEASON IMPORT AND EXPORT CO., LTD., YIWU SUNMAY IMPORT & EXPORT CO., LTD., YIWU XIQING IMPORT AND EXPORT CO., LTD., YIWU YIFAN GARMENTS CO., LTD., YIWU YIJIE TRADE CO., LTD., YIWU ZHIZHOU TRADE CO., LTD., YUANPAI (XIAMEN) COMMERCE and TRADE CO., LTD., AND ZIROU STORE,

*Defendants*

The Court, having terminated the action, hereby GRANTS Plaintiff's request for the return of the Five Thousand U.S. Dollar ($5,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY 10017.

**SO ORDERED.**

SIGNED this 4th day of May , 2026, at 5:33 p .m.

_____
HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE